# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RENEE BELL,**

        **Plaintiff,**

-vs-                                **Case No. 6:05-cv-1806-Orl-31DAB**

**FLORIDA HIGHWAY PATROL &**
**LARRY COSTANZO,**

        **Defendants.**

_____

## ORDER

Upon consideration of the Report and Recommendation of Magistrate Judge Baker (Doc. 5) and Plaintiff's objection thereto (Doc. 7), it is

**ORDERED** that said objections are OVERRULED. The Report and Recommendation of the Magistrate Judge is confirmed and adopted as part of this Order and Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is DENIED. Plaintiff shall have 11 days from the date of this Order to pay the filing fee. If she fails to do so, this case will be dismissed without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 19, 2005.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE