# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RENEE BELL,**

                **Plaintiff,**

**-vs-**                                                         Case No. 6:05-cv-1806-Orl-31DAB

**FLORIDA HIGHWAY PATROL &**
**LARRY COSTANZO,**

                **Defendants.**

_____

## ORDER

This matter comes before the Court on Defendant Florida Highway Patrol's ("FHP") Motion to Dismiss or, in the Alternative, Motion for More Definite Statement (Doc. 49) and the response (Doc. 51) filed by the Plaintiff, Renee Bell ("Bell"). FHP complains that Bell's Amended Complaint (Doc. 44) falls short of the requirements of Rule 8 of the Civil Procedure in that it does not contain "a short and plain statement of the grounds upon which the court's jurisdiction depends" or "a short and plain statement of the claim showing that the pleader is entitled to relief." The Defendant is correct, if understated. The 20-page Amended Complaint is an impenetrable jumble of "claims," "data," "warrants" and legal citations, single-spaced and all-capped. No defendant could be expected to frame a response to this incomprehensible pleading.

In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that Defendant Florida Highway Patrol's Motion to Dismiss or, in the Alternative, Motion for More Definite Statement (Doc. 49) is **GRANTED** and the Amended Complaint (Doc. 44) is

**DISMISSED WITHOUT PREJUDICE**.  The Plaintiff may file another amended complaint within 20 days of the entry of this order.  Should she choose to do so, it must, at a minimum, comply with Federal Rule of Civil Procedure 8.  The Plaintiff is cautioned that submission of another single-spaced, all-capped pleading would violate Local Rule 1.05(a) and may result in dismissal without further notice.

   **DONE** and **ORDERED** in Chambers, Orlando, Florida on July 23, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party