**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RENEE BELL,**

           **Plaintiff,**

**-vs-**                                              **Case No. 6:05-cv-1806-Orl-31DAB**

**FLORIDA HIGHWAY PATROL &**
**LARRY COSTANZO,**

           **Defendants.**
_____

## ORDER

This matter comes before the Court on the "Emergency Motion and Notice of Information" (Doc. 78) filed by the Plaintiff on July 13, 2009. Upon review of that document, it appears that the Plaintiff seeks to have this Court halt state court foreclosure proceedings that have been filed against her until this case has been resolved. The Plaintiff cites no authority empowering this Court to provide such relief, and the Court knows of none. Accordingly, it is hereby

**ORDERED** that the Emergency Motion and Notice of Information (Doc. 78) is **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 14, 2009.

                                                                          GREGORY A. PRESNELL
                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party