**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RENEE BELL,**

        **Plaintiff,**

-vs-                                          **Case No. 6:05-cv-1806-Orl-31DAB**

**FLORIDA HIGHWAY PATROL &**
**LARRY COSTANZO,**

        **Defendants.**

_____

## ORDER

This case comes before the Court on the Plaintiff's motion and request for interlocutory appeal. (Doc. 89). So far as the Court is able to interpret the motion, the Plaintiff is complaining about the dismissal of the Second Amended Complaint, the failure of the parties to move forward with the discovery process, and Defendant FHP's failure to pay the costs she was awarded on appeal.[1] Plaintiff has not established an entitlement to the relief she seeks. She has not shown a basis for the Court to reconsider that dismissal, the discovery issue is already the subject of

---

[1] In addition, for reasons that are not clear, the Plaintiff spends several pages addressing issues of subject matter jurisdiction and immunity.

motions filed by the Plaintiff (Doc. 88) and FHP (Doc. 93), and counsel for FHP has promised to expeditiously process the payment. Accordingly, it is hereby

**ORDERED** that Plaintiff's motion and request for interlocutory appeal (Doc. 89) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 31, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party