**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RENEE BELL,**

        **Plaintiff,**

**-vs-**                                  **Case No. 6:05-cv-1806-Orl-31DAB**

**FLORIDA HIGHWAY PATROL &**
**LARRY COSTANZO,**

        **Defendants.**

_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO IMPOSE SANCTIONS (Doc. No. 97)**
>
> **FILED:**       September 8, 2009
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**. The Defendant's request for a protective order and an extension of time is not sanctionable conduct, and the court-awarded costs were sent to Plaintiff on 9/7/2009.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 10, 2009.

                                                      GREGORY A. PRESNELL
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party