**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RENEE BELL,**

           **Plaintiff,**

-vs-                                        **Case No.  6:05-cv-1806-Orl-31DAB**

**FLORIDA HIGHWAY PATROL &**
**LARRY COSTANZO,**

           **Defendants.**

_____

**ORDER**

This matter comes before the Court pursuant to the Order of the United States Court of Appeals for the Eleventh Circuit filed August 16, 2011 (Doc. 146).  Consistent with that order, the Court hereby **STRIKES** the Plaintiff's Fourth Amended Complaint (Doc. 127) and the following orders: Doc. 126, entered November 24, 2009; Doc. 131, filed June 14, 2010; Doc. 135, filed July 22, 2010; and Doc. 140, entered August 16, 2010.  In addition, the Judgment (Doc. 136) entered in favor of the Defendants is hereby **VACATED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 19, 2011.

_____
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party