# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RENEE BELL,**

      **Plaintiff,**

**v.**                                                     **Case No:   6:05-cv-1806-Orl-31DAB**

**FLORIDA HIGHWAY PATROL and**
**LARRY COSTANZO,**

      **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to Appeal *in forma pauperis* (Doc. 169).   On March 25, 2014, Magistrate Judge Baker issued a Report and Recommendation finding that the Appeal is not taken in good faith; recommending that the Motion be denied (Doc. 170).   Plaintiff filed an objection to the Report and Recommendation on April 2, 2014 (Doc. 172).

Plaintiff's objection to the Report and Recommendation is without merit and is therefore OVERRULED.   The Court finds and hereby certifies that Plaintiff's appeal is not taken in good faith because it is frivolous.   It is therefore

    **ORDERED** that:

    1. The Report and Recommendation is CONFIRMED and ADOPTED as part of this Order; and

    2. Plaintiff's Motion for Leave to Appeal *in forma pauperis* is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 4, 2014.

                                                                  GREGORY A. PRESNELL
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party